No. 11–10126. EVANS *v.* PHELPS, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–10154. REAID *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10206. CHAVEZ-TREVINO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10207. CAPAROTTA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–10208. CLARK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10209. ZAKRZEWSKI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10210. WHITLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10217. MYERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10218. MERCER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10219. JIMENEZ-SANCHEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10225. MOTT *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 11–10226. MCKNIGHT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–10229. WILLIAMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10233. SUSCAL-RAMON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10234. SAUCEDO-MUNOZ, AKA SAUCEDO, AKA SAUCEDA-MUNOZ, AKA MIRANDA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10237. SCOTT *v.* INTERNAL REVENUE SERVICE. C. A. 8th Cir. Certiorari denied.